UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNY HWANG on behalf of herself
and all others similarly situated,

               Plaintiffs,

-against-

EVOLUTION NATURE CORP.

               Defendant.

Case No.  1:23-cv-1615

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           May 3, 2023

                                        Respectfully Submitted,

                                        **/s/ Mars Khaimov**
                        By:    Mars Khaimov, Esq.
                              108-26 64th avenue, Second Floor
                              Forest Hills, New York 11375
                              Tel (929) 324-0717
                              Fax (929) 333-7774
                              Email: mars@khaimovlaw.com
                              *Attorney for Plaintiff*